**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Austin CLARK, Defendant-Appellant.**

**No. 20931.**

United States Court of Appeals,
Sixth Circuit.

June 4, 1971.

Charles A. Maner, Knoxville, Tenn., for appellant.

John L. Bowers, Jr., U. S. Atty., Robert E. Simpson, Asst. U. S. Atty., Knoxville, Tenn., for appellee.

· Before WEICK, PECK and McCREE, Circuit Judges.

**ORDER.**

This matter having come on to be considered on the record on appeal and on the briefs of the parties, and the Court being fully advised in the premises having concluded that no deprivation of the constitutional rights of the defendant-appellant occurred and that the record obtains substantial evidence to support the verdict of the jury,

It is ordered that the judgment of the District Court be and it hereby is affirmed.

**UNITED STATES of America,**
**Plaintiff-Appellant,**

v.

**$3,463.00 IN UNITED STATES CURRENCY AND COIN, Defendant-Appellee.**

**No. 26777.**

United States Court of Appeals,
Fifth Circuit.

June 17, 1971.

Robert E. Hauberg, U. S. Atty., Joseph E. Brown, Jr., Asst. U. S. Atty., Jackson, Miss., for appellant.

Jules A. Schwan, Edward G. Tremmel, Biloxi, Miss., for appellee.

Before COLEMAN and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

This is a case in which the District Judge quite correctly anticipated the holding of the Supreme Court in United States v. United States Coin and Currency, 401 U.S. 715, 91 S.Ct. 1041, 28 L.Ed.2d 434 (1971). The United States was ordered to return $3,463.00 in currency and coin which had been seized from the person and premises of one Jimmy Macias as allegedly possessed and used in violation of the Federal Revenue Statutes as to wagering.

The judgment of the District Court is Affirmed.